```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                          Case No. 19-00873-RNO
Edward Michael Minett                                           Chapter 13
Judy Rose Minett
       Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-5         User: KADavis            Page 1 of 1            Date Rcvd: Apr 11, 2019
                             Form ID: ntcnfhrg        Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
```
db/jdb         +Edward Michael Minett,    Judy Rose Minett,    113 Antler Trail,    Albrightsville, PA 18210-7707
5168382        +American Express,    P.O.Box 1270,    Newark, NJ 07101-1270
5168383        +Barclay Card US,    P.O. Box 13337,    Philadelphia, PA 19101-3337
5168385         Citi,   P.O, Box 6004,    Sioux Falls, SD 57117-6004
5168386        +Citibank Simplicity,    701 East 60th Street N,    Sioux Falls, SD 57104-0493
5168387         David J. Apothker, Esquire,    520 Fellowship Road Suite C306,    P.O. Box 5496,
                 Mount Laurel, NJ 08054-5496
5168388        +Discover,    PO Box 742655,    Cincinnati, OH 45274-2655
5168389         Macys,    P.O. Box 8052,    Mason, OH 45040-8052
5168390        +Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
5168391        +USAA Credit Card Payments,    10750 McDermott Fwy,    San Antonio, TX 78288-1600
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5168384         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 11 2019 19:11:49      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
5172717         E-mail/Text: mrdiscen@discover.com Apr 11 2019 19:10:43      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
5181663        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 11 2019 19:11:03      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
                                                                                               TOTAL: 3
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              Timothy B. Fisher, II    on behalf of Debtor 1 Edward Michael Minett donna.kau@pocono-lawyers.com
              Timothy B. Fisher, II    on behalf of Debtor 2 Judy Rose Minett donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| --- | --- |
| Edward Michael Minett,<br><br>**Debtor 1**<br><br>Judy Rose Minett,<br><br>**Debtor 2** | Chapter 13<br><br>Case No. 5:19–bk–00873–RNO |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **May 15, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
| --- | --- |
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: May 22, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 11, 2019 |

ntcnfhrg (03/18)