| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtors(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| Edward Michael Minett<br>Judy Rose Minett<br>**Debtor(s)** | Chapter: 13<br><br>Case number: **5:19-bk-00873 RNO**<br><br>Matter: Motion to Incur Debt/Obtain Credit |
|---|---|

## Notice

Notice is hereby given that:

The Movant filed a Motion to Incur Debt/Obtain Credit on 1/18/2021. A hearing on the above referenced matter has been scheduled for

| **United States Bankruptcy Court**<br>**217 Federal Building**<br>**197 S. Main Street**<br>**Barre, PA 18701** | **Date:** 2/11/2021<br><br>**Time:** 9:30AM Wilkes-<br>**Location:** Courtroom 2 |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before 12/3/16.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

Date:   January 4, 2021               /s/ Timothy B. Fisher, II
                                       Timothy B. Fisher, II, ID#85800
                                       Attorney for Debtor
                                       P.O. Box 396
                                       Gouldsboro, PA  18424

Case 5:19-bk-00873-RNO    Doc 26    Filed 01/04/21    Entered 01/04/21 15:21:05    Desc
Main Document    Page 1 of 1