United States Bankruptcy Court
Middle District of Pennsylvania

In re  Edward Michael Minett
       Judy Rose Minett
                           Debtor(s)

Case No. 5:19-bk-00873
Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2021 , a copy of **Motion of Debtor to Incur Debt/Obtain Credit, Notice of Motion and proposed Order** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

ALL PARTIES ON ATTACHED
EXHIBIT "A"

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-5<br>Case 5:19-bk-00873-RNO<br>Middle District of Pennsylvania<br>Wilkes-Barre<br>Mon Jan  4 15:08:45 EST 2021 | American Express<br>P.O.Box 1270<br>Newark, NJ 07101-1270 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Barclay Card US<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Citi<br>P.O, Box 6004<br>Sioux Falls, SD 57117-6004 |
| Citibank Simplicity<br>701 East 60th Street N<br>Sioux Falls, SD 57104-0493 | David J. Apothker, Esquire<br>520 Fellowship Road Suite C306<br>P.O. Box 5496<br>Mount Laurel, NJ 08054-5496 | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036-8625 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Discover<br>PO Box 742655<br>Cincinnati, OH 45274-2655 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 |
| Edward Michael Minett<br>113 Antler Trail<br>Albrightsville, PA 18210-7707 | Judy Rose Minett<br>113 Antler Trail<br>Albrightsville, PA 18210-7707 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quicken Loans<br>PO Box 6577<br>Carol Stream, IL 60197-6577 | Quicken Loans Inc.<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 |
| Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market St.<br>Suite 5000<br>Philadelphia, PA 19106-1541 | USAA Credit Card Payments<br>10750 McDermott Fwy<br>San Antonio, TX 78288-1600 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| James Warmbrodt<br>701 Market Street Suite 5000<br>Philadephia, PA 19106-1541 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).