United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Edward Michael Minett  
Judy Rose Minett  
    Debtors

Case No. 19-00873-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: May 11, 2022      Form ID: ordsmiss      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Edward Michael Minett, Judy Rose Minett, 113 Antler Trail, Albrightsville, PA 18210-7707 |
| 5168387 | | David J. Apothker, Esquire, 520 Fellowship Road Suite C306, P.O. Box 5496, Mount Laurel, NJ 08054-5496 |
| 5168388 | + | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5168382 | + | Email/PDF: bncnotices@becket-lee.com | May 11 2022 18:57:28 | American Express, P.O.Box 1270, Newark, NJ 07101-1270 |
| 5186918 | | Email/PDF: bncnotices@becket-lee.com | May 11 2022 18:57:28 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5168383 | + | EDI: TSYS2 | May 11 2022 22:53:00 | Barclay Card US, P.O. Box 13337, Philadelphia, PA 19101-3337 |
| 5168384 | | EDI: CAPITALONE.COM | May 11 2022 22:53:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5168385 | | EDI: CITICORP.COM | May 11 2022 22:53:00 | Citi, P.O, Box 6004, Sioux Falls, SD 57117-6004 |
| 5168386 | + | EDI: CITICORP.COM | May 11 2022 22:53:00 | Citibank Simplicity, 701 East 60th Street N, Sioux Falls, SD 57104-0432 |
| 5168389 | + | EDI: CITICORP.COM | May 11 2022 22:53:00 | Macys, P.O. Box 8052, Mason, OH 45040-8052 |
| 5195609 | | EDI: Q3G.COM | May 11 2022 22:53:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 5172717 | | EDI: DISCOVER.COM | May 11 2022 22:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5192462 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2022 18:57:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5196549 | | EDI: PRA.COM | May 11 2022 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5168390 | + | Email/Text: bankruptcyteam@quickenloans.com | May 11 2022 18:50:00 | Quicken Loans, PO Box 6577, Carol Stream, IL 60197-6577 |
| 5181663 | + | Email/Text: bankruptcyteam@quickenloans.com | May 11 2022 18:50:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5168391 | + | EDI: USAA.COM | May 11 2022 22:53:00 | USAA Credit Card Payments, 10750 McDermott Fwy, San Antonio, TX 78288-1600 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 13, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Edward Michael Minett donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Judy Rose Minett donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Edward Michael Minett,<br>**Debtor 1**<br><br>Judy Rose Minett,<br>**Debtor 2** | Chapter 13<br><br>Case No. 5:19−bk−00873−MJC |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: May 11, 2022

ordsmiss (05/18)